IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISABELLA P. WARD,

    Plaintiff,

v.                              CASE NO. 5:10-cv-335-RS-CJK

MICHAEL B. DONLEY, SECRETARY
DEPARTMENT OF THE AIR FORCE,

    Defendant.
_____/

## ORDER

Before me is the Notice of Settlement (Doc. 23) and the Mediation Report (Doc. 24). Pursuant to N.D. Fla. Loc. R. 16.2(D) and Fed. R. Civ. P. 41(a)(1), **IT IS ORDERED**:

1. This case is dismissed with prejudice.

2. In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by any party within 60 days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on November 1, 2011.

                                        **/s/ Richard Smoak**
                                        RICHARD SMOAK
                                        UNITED STATES DISTRICT JUDGE